OJS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

SA06CA0738XR

## I. (a) PLAINTIFFS
Retzlaff, Thomas

**DEFENDANTS**
Brent Wilson, ChoicePoint Services, Inc., Robert Faith, Stacey Hunt, John and/or Jan Doe, and Greystar Real Estate Partners, Inc.

(b) County of Residence of First Listed Plaintiff: Bexar County, Texas
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Dallas County, Texas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED..

(c) Attorney's (Firm Name, Address, and Telephone Number)

Thomas C. Retzlaff
P.O. Box 92
San Antonio, Texas 78291-0092
(210) 317-9800
(210) 877-6034 (facsimile)
Attorney for Plaintiffs

Attorneys (If Known):
Robert T. Mowrey
Texas Bar No. 14607500
Locke Liddell & Sapp LLP
2200 Ross Ave., Suite 2200
Dallas, Texas 75201
(214) 740-8505
(214) 756-8505 (facsimile)
Attorney for Defendants ChoicePoint Services, Inc. and Brent Wilson

David Fritsche
921 Proton
San Antonio, Texas 78258
(210) 227-2726
(210) 227-5500 (facsimile)
Attorney for Greystar Real Estate Partners, LLC

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign County | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | 890 ☒ Other Statutory Actions |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

| V. | ORIGIN | (PLACE AN "X" IN ONE BOX ONLY) | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**

(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. **(Do not cite jurisdictional statutes unless diversity)**:

Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

Brief description of cause:
Plaintiff sued Defendants for violations of the Fair Credit Reporting Act, breach of contract, defamation and other actions related to ChoicePoint Services, Inc.'s allegedly false statements regarding Plaintiff's credit and criminal background that caused Defendant Greystar Real Estate Partners, LLC, to terminate Plaintiff's apartment lease.

**VII. REQUESTED IN COMPLAINT**

☐ DEMAND: Plaintiff seeks unspecified actual and exemplary damages.

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

Date: August 25, 2006    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE ___ **XR** ___ MAG JUDGE ___ **MJ-NSN**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

    This action is a civil action No. 2006 CI 11334 pending in the 37th District Court of Bexar County, styled *Thomas Retzlaff v. Brent Wilson, ChoicePoint Services, Inc., Robert Faith, Stacey Hunt, John and/or Jane Doe, and Greystar Real Estate Partners, LLC*

2. Was jury demand made in State Court?    Yes ☒    No ☐

    If yes, by which party and on what date?

    <u>Plaintiff</u>
    Party Name                                                                       <u>July 25, 2006</u>
                                                                                     Date

**STATE COURT INFORMATION**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

    **Thomas Retzlaff, Plaintiff**

    Thomas C. Retzlaff
    P.O. Box 92
    San Antonio, Texas 78291-0092
    (210) 317-9800
    (210) 877-6034 (facsimile)

    **ChoicePoint Services, Inc. and Brent Wilson, Defendants**

    Robert T. Mowrey
    State Bar No. 14607500
    C. Don Clayton
    State Bar No. 24027932
    Locke Liddell & Sapp LLP
    2200 Ross Ave., Suite 2200
    Dallas, Texas 75201
    (214) 740-8505
    (214) 756-8505 (facsimile)

TXWD – Supplement to JS 44 (Rev. 10/2004)

**Greystar Real Estate Partners, LLC, Defendant**

David Fritsche
Law Office of David Fritsche
921 Proton
San Antonio, Texas 78258
(210) 227-2726
(210) 227-5500 (facsimile)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

ChoicePoint Services, Inc., Robert Faith, and Stacey Hunt.

Defendants Brent Wilson and ChoicePoint Services, Inc. are not aware of the reasons for non-service

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

Not applicable.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please; list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Not applicable.

**VERIFICATION:**

_____          August 28, 2006
Robert T. Mowrey, Attorney for Removing Party          Date

Choice Point Services, Inc. and Brent Wilson
Party/Parties

TXWD – Supplement to JS 44 (Rev. 10/2004)

** TOTAL PAGE.04 **

| | |
|---|---|
| AO82 SWEDA (Rev. 4/90) | **TRIPLICATE**<br>**RECEIPT FOR PAYMENT**<br>**UNITED STATES DISTRICT COURT**<br>for the<br>**WESTERN DISTRICT OF TEXAS**   **202661**<br>at  SA     8/28/06 |

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| (086900) | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2)   (086400) - $100.00 |
| 510100 | Registry Fee |

CASE REFERENCE:

SA-06-CA-738-XR

RECEIVED FROM Locke, Liddell & Sapp LLP

Ck # 113061

$350.00

Thomas Retzlaff vs. Brent Wilson, Choicepoint Services, Inc, et al

DEPUTY CLERK

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.