# EXHIBIT A

(Notice of Suit to defendant Greystar)

**Tom Retzlaff**

| | |
|---|---|
| **From:** | Tom Retzlaff [t_retz@hotmail.com] |
| **Sent:** | Wednesday, July 26, 2006 12:46 AM |
| **To:** | 'bfaith@greystar.com' |
| **Subject:** | San Antonio Lawsuit |
| **Importance:** | High |
| **Attachments:** | Greystar Lawsuit.pdf |

Dear Mr. Faith,

      A lawsuit was filed today in San Antonio District Court against yourself, Greystar, and the company you use for tenant screening, Choicepoint (along with various employees from both of these companies). A copy of this lawsuit is attached to this email. The lawsuit alleges breach of contract and defamation, among other things.

      As you are no doubt aware, Choicepoint has been in the news recently due to all of the defamation lawsuits on account of their sloppy credit reporting activities. People in this part of the country are getting feed up with this kind of nonsense. People in this part of the country are also getting feed up with the high-handed tactics of landlords.

      You will be required to personally appear and give testimony here in San Antonio some point soon. I aim to see justice done and I aim to see you and your company pay the price for engaging in such tactics – just like what happened in Florida not too long ago!

Thomas C. Retzlaff, Esq.
PO Box 92
San Antonio, Texas 78291-0092
(210) 317-9800  OFFICE
(210) 877-6034  FAX
Email: t_retz@bigfoot.com

The information in this electronic mail is confidential and may be legally privileged. It is directed solely to the addressee and no one else is authorized to have access to this electronic mail. If you are not the addressee to whom it is directed, you are prohibited or it may be illegal to copy, to distribute, or take any action related to the contents of this electronic mail.

***** DISCLAIMER ***** Ce message électronique et chacune de ses annexes sont établis a l'attention exclusive du destinataire et peuvent contenir des informations confidentielles. Si vous recevez ce message par erreur, veuillez le détruire et avertir son expéditeur. Toute publication, reproduction, copie, distribution ou autre diffusion ou utilisation par des tiers est interdite sans autorisation expresse. L'expéditeur ne peut être tenu responsable d'une modification de son message qui résulterait de la transmission par voie électronique.

***** DISCLAIMER ***** Deze e-mail en al zijn bijlagen zijn uitsluitend voor de geadresseerde bestemd en kunnen vertrouwelijke informatie bevatten. Als u deze boodschap per vergissing toegestuurd kreeg, gelieve de afzender onmiddellijk te verwittigen en de e-mail te vernietigen. Publicatie, reproductie, kopie, distributie of andere

verspreiding of gebruik door derden is verboden, tenzij anders vermeld. De afzender kan niet verantwoordelijk worden gesteld voor enige wijziging van zijn bericht tijdens de elektronische transmissie.

9/18/2006

# *EXHIBIT B*

(Defendants request for Affirmative Relief)

NO. 2006-CI-11334

| | | |
|---|---|---|
| THOMAS RETZLAFF,<br>　　　　　　　*Plaintiff* | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§ | 37TH JUDICIAL DISTRICT |
| BRENT WILSON, CHOICEPOINT SERVICES,<br>INC., ROBERT FAITH, STACEY HUNT, JOHN<br>and/or JANE DOE, and GREYSTAR REAL<br>ESTATE PARTNERS, L.L.C.<br>　　　　　　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§ | <br>BEXAR COUNTY, TEXAS |

### DEFENDANT GREP SOUTH, L.P., a Delaware Limited Partnership's ORIGINAL ANSWER, SPECIAL DENIALS, ORIGINAL COUNTERCLAIMS and Tex. R. Civ. P. 13 and Tex. Civ. Prac. & Rem. Code § 10.002 MOTIONS FOR SANCTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** GREP SOUTH, L.P., a Delaware Limited Partnership ("Defendant"),

Defendant in the above-entitled and numbered cause, and files this its Original Answer, Special

Denials, Original Counterclaims and Tex. R. Civ. P. 13 and Tex. Civ. Prac. & Rem. Code § 10.002

Motions for Sanctions and would respectfully show the Court as follows:

### GENERAL DENIAL

1.　　Defendant denies each and every, all and singular, the allegations contained in Plaintiff's last

filed petition herein, and demands strict proof thereof by a preponderance of the evidence.

### SPECIAL DENIAL

2.　　There is a defect of the party Defendant. Tex. R. Civ. P. 93(4).

### ORIGINAL COUNTERCLAIMS

3.　　Now comes Defendant/Counter-Plaintiff and files this its Original Counterclaims against

Plaintiff/Counter-Defendant and would respectfully show the Court as follows:

## Facts

4.      Plaintiff/Counter-Defendant's pleading against Defendant is groundless and brought in bad

faith, groundless and brought for the purposes of harassment, or, groundless and interposed for an

improper purpose, such as to cause unnecessary delay or needless increase in the cost of litigation.

## Counterclaim One

5.      Pursuant to TEX. CIV. PRAC. REM. CODE § 9.012(e)(3), Defendant/Counter-Plaintiff is entitled

to the amount of reasonable expenses incurred because of the filing of Plaintiff/Counter-Defendant's

pleading, including costs, reasonable attorneys' fees, witness fees, fees of experts, and deposition

expenses, for which sum Defendant/Counter-Plaintiff hereby sues.

## Counterclaim Two

6.      Pursuant to TEX. CIV. PRAC. & REM. CODE § 10.004, Plaintiff is liable to Defendant/Counter-

Plaintiff for sanctions to the greatest extent allowed by law, for which sums Defendant/Counter-

Plaintiff hereby sues.

### TEX. R. CIV. P. 13 and TEX. CIV. PRAC. & REM. CODE § 10.002 Motions for Sanctions

7.      Plaintiff's causes of action against Defendant/Counter-Plaintiff are presented for an improper

purpose, to wit: the claims are harassing, or, to cause unnecessary delay, or, needless increase in the

cost of litigation. Since Plaintiff's causes of action are groundless and brought in bad faith or for the

purpose of harassment, the Court, after hearing, should impose a monetary sanction under TEX. R.

CIV. P. 215-2b and/or TEX. CIV. PRAC. & REM. CODE § 10.004 upon the attorney who filed the

pleading, the represented party, or both.

**WHEREFORE, PREMISES CONSIDERED,** Defendant/Counter-Plaintiff prays that

after final trial hereof, Plaintiff/Counter-Defendant take nothing by his lawsuit and that Defendant/Counter-Plaintiff recover of and from Plaintiff/Counter-Defendant all of its reasonable expenses incurred, including costs, reasonable attorneys' fees, through an appeal to the Supreme Court, witness fees, fees of experts and deposition expenses. Defendant further prays for such other and further relief to which Defendant may show itself justly entitled.

Respectfully submitted,

**LAW OFFICES OF R. DAVID FRITSCHE**
921 Proton Road
San Antonio, Texas  78258-4203
Telephone:  (210) 227-2726
Facsimile:  (210) 227-5550

By: _____
    R. David Fritsche
    State Bar Number 07481200
ATTORNEYS FOR DEFENDANT GREYSTAR
MANAGEMENT SERVICES, L.P.

DEFENDANT GREP SOUTH, L.P., a Delaware Limited PartnershipORIGINAL ANSWER, SPECIAL DENIALS, ORIGINAL COUNTERCLAIMS and TEX. R. CIV. P. 13 and TEX. CIV. PRAC. & REM. CODE § 10.002 MOTIONS FOR SANCTIONS

Page 3

## VERIFICATION

Jill Welborn

STATE OF TEXAS          §

COUNTY OF BEXAR          §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Jill Welborn, Regional Vice President for GREP SOUTH, L.P., a Delaware Limited Partnership, who, being by me duly sworn on oath deposed and said that she is the authorized agent for GREP SOUTH, L.P., a Delaware Limited Partnership, Defendant in the above-entitled and numbered cause; that she has read the above Defendant GREP SOUTH, L.P., a Delaware Limited Partnership Original Answer, Special Denial, Original Counterclaims and TEX. R. CIV. P. 13 and TEX. CIV. PRAC. & REM. CODE § 10.002 Motions for Sanctions and that every statement contained in Paragraph 2 of Defendant GREP SOUTH, L.P., a Delaware Limited Partnership's Original Answer, Special Denial, Original Counterclaims and TEX. R. CIV. P. 13 and TEX. CIV. PRAC. & REM. CODE § 10.002 Motions for Sanctions is within her personal knowledge and is true and correct.

SUBSCRIBED AND SWORN TO BEFORE me on this the 24th day of August, 2006, to certify which witness my hand and official seal.

Notary Public in and for The State of Texas

*[Notary seal: TORI LYNNE SUMPTER, Notary Public, State of Texas, My Commission Expires August 8, 20__]*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered via certified mail, return receipt requested, to:

Thomas C. Retzlaff
P. O Box 92
San Antonio, Texas 78291-0092

in accordance with the Texas Rules of Civil Procedure on this the 25th day of August, 2006.

R. David Fritsche

DEFENDANT GREP SOUTH, L.P., a Delaware Limited PartnershipORIGINAL ANSWER, SPECIAL DENIALS, ORIGINAL COUNTERCLAIMS and TEX. R. CIV. P. 13 and TEX. CIV. PRAC. & REM. CODE § 10.002 MOTIONS FOR SANCTIONS

Page 4