FILED
OCT - 3 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

THOMAS RETZLAFF
    PLAINTIFF

V.

GREYSTAR HOLDINGS, INC
ROBERT A. FAITH, PRESIDENT
    AND
GREYSTAR MANAGEMENT, INC
ROBERT A. FAITH,
REGISTERED AGENT
    AND
GREYSTAR DEVELOPMENT
AND CONSTRUCTION, L.P.
ROBERT A. FAITH, PRESIDENT
    AND
GREYSTAR MANAGEMENT SERVICES,
L.P.
ROBERT A. FAITH, PRESIDENT
    AND

CIVIL ACTION
NO.
5-06-CV-
00738
(XR)

GREYSTAR GENERAL
PARTNER, LP
ROBERT A. FAITH, PRESIDENT
AND
CHOICE POINT SERVICES, INC
DEFENDANTS,
ET. AL.

## MOTION FOR INTERVENTION
### BY:
PRO SE - PRIVATE ATTORNEY GENERAL
MICHAEL L. BUESGENS

PRIVATE ATTORNEY GENERAL
BUESGENS RESPECTFULLY MOVES
THIS COURT TO GRANT INTERVENTION
ON BEHALF OF PLAINTIFF
THOMAS RETZLAFF PURSUANT
TO RULE 24 AND RULE 5
OF THE FEDERAL RULES OF
CIVIL PROCEDURE.

2

# I. GROUNDS

1. PRO SE BUESGENS CLAIMS AN INTEREST RELATING TO THE PROPERTY OR TRANSACTION WHICH IS THE SUBJECT OF THIS CIVIL ACTION. CASE NO. 5-06-CV-00738XR

2. PRIVATE ATTORNEY IS SITUATED THAT THE DISPOSITION OF THE ACTION WOULD IMPAIR AND IMPEDE BUESGENS ABILITY TO PROTECT THAT INTEREST UNLESS HE IS ADEQUATELY REPRESENTED BY EXISTING PARTIES.

3. SEE CIVIL ACTION A-06-CV-22CCY BUESGENS V. GREYSTAR ET. AL.

4. SEE CIVIL ACTION A-06-CV-260LY FALCON RIDGE APARTMENTS V. MICHAEL L. BUESGENS.

3

5. SEE CROSS CLAIMS AGAINST **GREYSTAR FAMILY** OF FORFEITURES (FRANCHISE TAX)

6. SEE CASE NO. D-1-GN-06-000262 TEXAS DISTRICT COURT, 200TH JUDICIAL DISTRICT, AUSTIN, TEXAS

**REMOVED** UNLAWFULLY ON MARCH 29 2006. GREYSTAR FAMILY OF **DEFUNCT** CORPORATIONS **BELLY UP** TO

7. U.S. DISTRICT COURT, AUSTIN DIVISION, CIVIL ACTION NO. A-06-CV-226 LY

8. SEE CASE NO. C-1-CV-06-000678 TRAVIS COUNTY COURT AT LAW NO. 1, JUDGE DAVID PHILLIPS AND

9. BUESGENS **REMOVAL** ON 4/14/2006

4

**TO**
U.S. DISTRICT COURT, AUSTIN DIVISION, CIVIL ACTION NO. A-06-CV-260 LY

10. SEE REMAND ON 5/24/2006 BACK TO

11. CASE NO. C-1-CV-06-000678 AND

12. TRIAL JUNE 16, 2006 AND

13. WRIT OF POSSESSION EXECUTED ON JULY 6, 2006 BY TRAVIS COUNTY CONSTABLE BRUCE ELFANT PRECINCT 5 AUSTIN, TEXAS

14. SEE BUESGENS HOUSING DISCRIMINATION COMPLAINT DATED DECEMBER 28, 2005 HUD # 06-06-293-08 AND

5

15. EVICTION SUIT FILED ON DECEMBER 30, 2005 BY

16. ATTORNEY CHARLES E. BROWN AND

17. FALCON RIDGE APARTMENTS AND

18. PROPERTY MANAGERS GREYSTAR EMPLOYEE FAMILY MEMBERS

   A. MANDY ROGERS AND
   B. DEBI WEHMEIER, REGIONAL VICE PRESIDENT, NOW **FIRED** AND
   C. AMANDA WILSON-TORRES MOVED OUT AND
   D. LEANN BIEHL MOVED OUT AND

19. CHARLES E. BROWN - **FIRED**

20. **SEE** HEARING TRANSCRIPT CASE NO. D-1-GN-06-000262 TEXAS DISTRICT COURT 200TH JUDICIAL DISTRICT JUDGE SCOTT JENKINS ON FEBRUARY 21, 2006 AND ATTORNEY CHARLES E. BROWN HIDE AND MISREPRESENT THE TRUE NAMES OF THE PARTIES THAT BEGAN IN DECEMBER, 2005.

21. **SEE** TEXAS SECRETARY OF STATE AND TEXAS COMPTROLLER RECORDS OF FRANCHISE TAX VIOLATIONS.

22. GREYSTAR HOLDINGS, **INC** AND ✓ GREYSTAR MANAGEMENT SERVICES, L.P.

23. BUESGENS HAD TO PUT IN A COMPLAINT WITH TEXAS **SOS** AND TEXAS COMPTROLLER BECAUSE GREYSTAR HOLDINGS, **INC** IN FORFEITURE WAS THE REGISTERED AGENT.

24. BUESGENS REQUESTED AN INFORMANT CONTRACT WITH TEXAS COMPTROLLER ON FRANCHISE TAX FORFEITURES AND WAS DENIED.

25. BUESGENS FINALLY **SERVED PROCESS** ON GREYSTAR MANAGEMENT SERVICES, LP — LIMITED PARTNER AND TEXAS SOS SERVED PROCESS ON GREP GENERAL PARTNER, LLC IN SEPTEMBER, 2006.

26. FALCON RIDGE APARTMENTS **HAS NO** STANDING OR CAPACITY TO SUE ANYONE

   A. **SEE** TEXAS BUSINESS CORPORATION ACT
   AND
   B. ASSUMED NAME ACT
   AND
   C. TRAVIS COUNTY ASSUMED NAME STATUTE
   D. BUSINESS AND COMMERCE CODE

27. **SEE** DISCLOSURE RULE 7.1 FEDERAL RULES OF CIVIL PROCEDURE

   **SEE** RULE 17 OF **FRCP**

28. LOOK AT TEXAS SECRETARY OF STATE RECORDS AND DELAWARE SECRETARY OF STATE RECORDS, AND COURT FILINGS IN THE FOREGOING CASES.

9

# II. COMPLAINT

1. THE DEFENDANTS IN THIS CIVIL ACTION NO. 05-06-CV-00738 XR **DO NOT HAVE** THE STANDING AND CAPACITY TO REMOVE THIS CASE FROM STATE COURT.

2. THE DEFENDANTS **HAVE NOT** PROVIDED A DISCLOSURE STATEMENT IN CASE NO. 05-06-CV-00738.

3. THE DEFENDANTS **HAVE** WILLFULLY AND FRAUDULENTLY WITHHELD THE TRUE LEGAL IDENTITIES OF THE PARTIES FROM PLAINTIFF (THOMAS RETZLAFF)

4. THE DEFENDANTS BLAME MR. RETZLAFF FOR MISNOMERS AND MISJOINDER

10

WHEN IT IS **THEIR INTENT** AND **MOTIVE** TO **HIDE** AND CONFUSE AND **MISREPRESENT** THE TRUE NAMES..

5. THE **DEFENDANTS** IN CASE NO. 05-06-CV-00738XR **HAVE VIOLATED** TEXAS STATUTES AND TEXAS STATE AND FEDERAL RULES OF PROCEDURE.

6. THIS HAS **CAUSED** SEVERE **HARM** TO MR. RET. LAFFS LEGAL REMEDIES.

## III  RELIEF REQUESTED

1. THAT MR. RETZLAFF (PLAINTIFF) BE AWARDED DAMAGES FOR COMPENSATION AND RETALIATION.

11

2. THAT APPOINTMENT OF COUNSEL BE AWARDED TO PLAINTIFF RETZLAFF.

3. THAT ATTORNEY FEES BE AWARDED MR. RETZLAFF.

4. THAT SANCTIONS BE APPLIED TO THE ATTORNEYS IN THIS CASE NO. 05-06-CV-00738XR **FOR THEIR**

A. NEGLIGENT MISREPRESENTATIONS AND MISCONDUCT ON REMOVAL
   AND
B. WILLFUL AND FRAUDULENT FAILURES TO DISCLOSE IDENTITIES OF PARTIES

C. THAT IS **STILL CONTINUING**

12

5. THAT THIS COURT U.S. DISTRICT COURT SAN ANTONIO DIVISION AWARD MR. RETZLAFF A DIRECTED VERDICT OR IN THE ALTERNATIVE REMAND THIS CASE TO STATE COURT

6. THAT THIS CASE NO. 06-06-CV-00738 IS ABOUT VIOLATIONS OF THE

A. TEXAS CONSUMER PROTECTION ACT AND
B. TEXAS STATUTES AND
C. TEXAS ADMINISTRATIVE AGENCY REGULATIONS AND
D. TEXAS PROPERTY CODES

13

RESPECTFULLY SUBMITTED,

*[signature: Michael Buesgens]*

MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
OCTOBER 1, 2006
CASE NO.
    05-06-CV-00738
    XR
U.S. DISTRICT COURT
SAN ANTONIO DIVISION

## IV CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION FOR INTERVENTION WAS SERVED ON THIS 1ST DAY OF OCTOBER, 2006.

ADDRESSED TO:

14

1. ROBERT A. FAITH,
   PRESIDENT
   GREP GENERAL PARTNER, LLC
   11 STATE STREET
   CHARLESTON, SC 29401
   A DELAWARE CORPORATION

   TEXAS SOS FILE NO.
   800169605
   FED TAX ID. 043611398

   DELAWARE SOS FILE NO.
   3399854

   AND

2. ROBERT T MOWREY
   STATE BAR NO. 14607500
   AND
   C. DON CLAYTON
   STATE BAR NO. 24027932
   GREP GENERAL PARTNER, LLC
   GREYSTAR HOLDINGS, INC

15

LOCKE LIDDELL R
SAPP, LLP

2200 ROSS AVENUE
SUITE 2200
DALLAS, TX 75201
PHONE: 214-740-8000
FAX: 214-740-8800

AND

3. DAVID FRITSCHE
GREYSTAR HOLDINGS, INC
ROBERT A. FAITH
GREP GENERAL PARTNER, LLC
GREYSTAR MANAGEMENT SERVICES, LP  TAX FORFEITURE
9/8/2006

921 PROTON
SAN ANTONIO, TEXAS 78258
PHONE: 210-227-2726
FAX: 210-227-5500

16

4. MR. THOMAS C. RETZLAFF
PRO SE
PLAINTIFF
P.O. BOX 92
SAN ANTONIO, TX 78291-0092
PHONE: 210-317-9800
FAX: 210-877-6034.

*Michael Buesgens*
MICHAEL L BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
3112 WINDSOR RD.
# A322
AUSTIN TEXAS 78703
512-339-6005 EXT 7391
FAX: 512-478-7608 ATTN: A322
MIKEBUESGENS@HOTMAIL.COM

17