EXHIBITS

GREYSTAR FAMILY
ROBERT A. FAITH
OWNER
GENERAL PARTNER

1. TEXAS SOS

TAX FORFEITURES
AND
UNLAWFUL REGISTERED
AGENTS

2. TEXAS COMPTROLLER

TAX FORFEITURES
AND
NO CERTIFICATE OF
AUTHORITY

3. DELAWARE SOS RECORD

18

GREYSTAR FAMILY
ATTORNEY

CHARLES E BROWN
3624 NORTH HILLS DRIVE
#B-100
AUSTIN, TEXAS 78731

AND
DEBI WEHMEIER
REGIONAL VICE PRESIDENT
GREYSTAR MANAGEMENT
SERVICES LP
AND
GREYSTAR HOLDINGS, INC
AND
GREYSTAR MANAGEMENT SERVICES
LP

19

 

## UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## GLOBAL PERSON SEARCH

This search was performed on with the following search parameter:
PERSON NAME : robert a faith

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|------|--------|--------|-------|-------------|-------------|---------------|
| ○ | 128512500 | Robert Faith | Director | WILLSTAR NORTHRIDGE, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 128824800 | Robert Faith | T | WILLSTAR REALTY INVESTMENTS, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 128824800 | Robert Faith | Director | WILLSTAR REALTY INVESTMENTS, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 140578000 | Robert A Faith | P | GREYSTAR KINGSBROOK APARTMENTS, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 141303500 | Robert A Faith | Registered Agent | GREYSTAR MANAGEMENT, INC. | Domestic For-Profit Corporation | Forfeited existence |

Records 21 to 25 of 25 scroll    << Previous    OR   proceed to page        of 3 pages   GO

Return to Order    New Search

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

 **Texas Secretary of State Roger Williams**  **SOSD**irect

**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout**

## GLOBAL PERSON SEARCH

This search was performed on with the following search parameter:
PERSON NAME : robert a faith

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 704878622 | ROBERT A FAITH | DIRECTOR | FAITH HUDSON, L.L.C. | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |
| ○ | 707081023 | ROBERT A FAITH | PRESIDENT | B-SUITES, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 707081023 | ROBERT A FAITH | DIRECTOR | B-SUITES, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 707081023 | ROBERT A FAITH | TREASURER | B-SUITES, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 800169605 | ROBERT A FAITH | PRESIDENT | GREP General Partner, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 800169605 | ROBERT A FAITH | DIRECTOR | GREP General Partner, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 800268613 | ROBERT A FAITH | PRESIDENT | COLUMBIA TUSCANY VILLAS, LLC | Foreign Limited Liability Company (LLC) | Terminated |
| ○ | 800268613 | ROBERT A FAITH | DIRECTOR | COLUMBIA TUSCANY VILLAS, LLC | Foreign Limited Liability Company (LLC) | Terminated |
| ○ | 7552110 | Robert A Faith | Registered Agent | GEP/CUSTER PARK, L.P. | Domestic Limited Partnership | Cancelled |

|   |   |   |   |   | (LP) |   |   |
|---|---|---|---|---|---|---|---|
| ○ | 128512500 | Robert Faith | T | | WILLSTAR NORTHRIDGE, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |

Records 11 to 20 of 25 scroll  [ << Previous ]  [ Next >> ]  **OR** proceed to page ___ of 3 pages [ GO ]

[ Return to Order ]    [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.





UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## GLOBAL PERSON SEARCH

This search was performed on with the following search parameter:
PERSON NAME : robert a faith

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|------|--------------|--------|-------|-------------|-------------|---------------|
| ○ | 10035306 | ROBERT A FAITH | DIRECTOR | FAITH INTERESTS, INC. | Foreign For-Profit Corporation | Forfeited existence |
| ○ | 10035406 | ROBERT A FAITH | PRESIDENT | GREYSTAR HOLDINGS, INC. | Foreign For-Profit Corporation | Forfeited existence |
| ○ | 10035406 | ROBERT A FAITH | DIRECTOR | GREYSTAR HOLDINGS, INC. | Foreign For-Profit Corporation | Forfeited existence |
| ○ | 12145306 | ROBERT A FAITH | DIRECTOR | EDENCARE GP, INC. | Foreign For-Profit Corporation | In existence |
| ○ | 12145406 | ROBERT A FAITH | DIRECTOR | EDENCARE MANAGEMENT, INC. | Foreign For-Profit Corporation | In existence |
| ○ | 12153206 | ROBERT A FAITH | DIRECTOR | EDENCARE HUD GP, INC. | Foreign For-Profit Corporation | In existence |
| ○ | 12623906 | ROBERT A FAITH | DIRECTOR | EDENCARE MEZZANINE GP, INC. | Foreign For-Profit Corporation | In existence |
| ○ | 12745406 | ROBERT A FAITH | DIRECTOR | EDENCARE PRU GP, INC. | Foreign For-Profit Corporation | In existence |
| ○ | 704549823 | ROBERT A FAITH | MANAGER | GREYSTAR GP, L.L.C. | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 704878622 | ROBERT A FAITH | MANAGER | FAITH HUDSON, L.L.C. | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |

Records 1 to 10 of 25 scroll   Next >>   OR proceed to page   of 3 pages   GO

Return to Order     New Search

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

  

## Texas Secretary of State
## Roger Williams

**SOSD**irect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 8917610 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | May 28, 1996 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:**       JMI/GREYSTAR REALTY PARTNERS, L.P.
**Address:**    11 State Street
                Charleston, SC 29401 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Last Update** | **Name** | **Title** | **Address** |
|---|---|---|---|
| July 20, 2006 | GREYSTAR HOLDINGS, INC. | General Partner | 11 State St. Charleston, SC 29401 USA |
| May 28, 1996 | JMI REALTY, INC. | General Partner | 12680 HIGH BLUFFS DRIVE, STE 200 San Diego, CA 92130 USA |

[ Order ]    [ Return to Search ]

Instructions:
  * To place an order for additional information about a filing press the 'Order' button.

 **Texas Secretary of State**
**Roger Williams**

 **SOSD**irect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 10035406 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13638903792 | **FEIN:** | |

**Name:**        GREYSTAR HOLDINGS, INC.

**Address:**      3411 RICHMOND AVENUE STE 350
                  Houston, TX 77046 USA

**Fictitious Name:**      N/A
**Jurisdiction:**         DE, USA
**Foreign Formation Date:**   N/A

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| C T Corporation System | 1021 Main Street, Suite 1150 Houston, TX 77002 USA | |

[ Return to Order ]   [ Return to Search ]

Instructions:
❧ To place an order for additional information about a filing press the 'Order' button.

  

**Texas Secretary of State**
**Roger Williams**

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 10035406 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13638903792 | **FEIN:** | |

**Name:** GREYSTAR HOLDINGS, INC.
**Address:** 3411 RICHMOND AVENUE STE 350
Houston, TX 77046 USA

**Fictitious Name:** N/A
**Jurisdiction:** DE, USA
**Foreign Formation Date:** N/A

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 3303638 | Application For Certificate Of Authority | June 3, 1994 | June 3, 1994 | No | 3 |
| ☑ | 7793060 | Public Information Report (PIR) | December 31, 1999 | December 31, 1999 | No | 1 |
| ☑ | 3303639 | Change Of Registered Agent/Office | March 1, 2000 | March 1, 2000 | No | 1 |
| ☑ | 64031900002 | Change of Registered Agent/Office | July 5, 2004 | July 5, 2004 | No | 1 |
| ☑ | 62113440001 | Public Information Report (PIR) | December 31, 2004 | June 9, 2004 | No | 1 |
| ☑ | 95734730292 | Tax Forfeiture | July 8, 2005 | July 8, 2005 | No | 1 |

[ Return to Order ]    [ Return to Search ]

Instructions:
➔ To place an order for additional information about a filing press the 'Order' button.



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800169605 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 31, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | 043611398 |

| | |
|---|---|
| **Name:** | GREP General Partner, LLC |
| **Address:** | 11 STATE STREET CHARLESTON, SC 29401 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | June 5, 2001 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| May 26, 2005 | ROBERT A FAITH | PRESIDENT | 11 STATE STREET CHARLESTON, SC 29401 USA |
| May 26, 2005 | ROBERT A FAITH | DIRECTOR | 11 STATE STREET CHARLESTON, SC 29401 USA |

[ Order ]    [ Return to Search ]

Instructions:
❧ To place an order for additional information about a filing press the 'Order' button.

  

## Texas Secretary of State
## Roger Williams

### SOSDirect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800169605 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 31, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | 043611398 |

**Name:** GREP General Partner, LLC

**Address:** 11 STATE STREET
CHARLESTON, SC 29401 USA

**Fictitious Name:** N/A

**Jurisdiction:** DE, USA

**Foreign Formation Date:** June 5, 2001

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| CT Corporation System | 350 North St. Paul Street Dallas, TX 75201 USA | |

[Order]   [Return to Search]

Instructions:
  ● To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State**
**Roger Williams**

**SOSD**irect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800169605 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 31, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | 043611398 |

| | |
|---|---|
| **Name:** | GREP General Partner, LLC |
| **Address:** | 11 STATE STREET CHARLESTON, SC 29401 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | June 5, 2001 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 25654780002 | Application for Certificate of Authority | January 31, 2003 | January 31, 2003 | No | 3 |
| ☑ | 91552420001 | Public Information Report (PIR) | December 31, 2004 | May 26, 2005 | No | 1 |
| ☑ | 128331490001 | Public Information Report (PIR) | December 31, 2005 | May 3, 2006 | No | 1 |

[ Order ]     [ Return to Search ]

Instructions:
➔ To place an order for additional information about a filing press the 'Order' button.



**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout**

## FIND ENTITY NAME SEARCH

This search was performed on with the following search parameter:
ENTITY NAME : greystar management services,lp

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 7055711 | GREYSTAR MANAGEMENT SERVICES, L.P. | Foreign Limited Partnership | Forfeited rights | Legal | In use |
| ○ | 141303500 | GREYSTAR MANAGEMENT, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |

[ Return to Order ]    [ New Search ]

Instructions:
  ● To view additional information pertaining to a particular filing select the number associated with the name.
  ● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.





UCC | Business Organizations | **Trademarks** | **Account** | **Help/Fees** | Briefcase | **Logout**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7055711 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | October 14, 1993 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

| | |
|---|---|
| **Name:** | GREYSTAR MANAGEMENT SERVICES, L.P. |
| **Address:** | NONE |
| | None, YY YYY |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| GREYSTONE MANMAGEMENT SERVICES | June 6, 1994 | June 6, 2004 | June 6, 2004 | Expired | HARRIS, |
| GREYSTAR MULTI-FAMILY SERVICES | April 14, 1997 | April 14, 2007 | | Active | All Counties |

[ Order ]    [ Return to Search ]

---

Instructions:
 ♦ To place an order for additional information about a filing press the 'Order' button.

 

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7055711 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | October 14, 1993 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

| | |
|---|---|
| **Name:** | GREYSTAR MANAGEMENT SERVICES, L.P. |
| **Address:** | NONE |
| | None, YY YYY |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| June 19, 2006 | GREP General Partner, LLC | General Partner | 11 State Street Charleston, SC 29401 USA |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

 

## Texas Secretary of State — Roger Williams — SOSDirect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7055711 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | October 14, 1993 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

| | |
|---|---|
| **Name:** | GREYSTAR MANAGEMENT SERVICES, L.P. |
| **Address:** | NONE |
| | None, YY YYY |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 3072486 | Registration Of Limited Partnership | October 14, 1993 | October 14, 1993 | No | 1 |
| ☑ | 3072488 | Amended Registration of Limited Partnership | June 3, 1994 | June 3, 1994 | No | 2 |
| ☑ | 3072487 | Certificate of Assumed Business Name | June 6, 1994 | June 6, 1994 | No | 1 |
| ☑ | 3072489 | Certificate of Assumed Business Name | April 14, 1997 | April 14, 1997 | No | 1 |
| ☑ | 3072490 | Amended Registration of Limited Partnership | March 1, 2000 | March 1, 2000 | No | 1 |
| ☑ | 133647030002 | Amended Registration of Limited Partnership | June 19, 2006 | June 19, 2006 | No | 2 |
| ☑ | 134241330002 | Change of Registered Agent/Office | June 23, 2006 | June 23, 2006 | No | 2 |
| ☑ | 139069650001 | Report Notice | August 8, 2006 | August 8, 2006 | No | 1 |
| ☑ | 143346220001 | Notice of Forfeited Rights for non-filing of Periodic Report | September 8, 2006 | September 8, 2006 | No | 1 |

[ Order ]    [ Return to Search ]

Instructions:
➧ To place an order for additional information about a filing press the 'Order' button.

  

## Texas Secretary of State
## Roger Williams
### SOSDirect

UCC | Business Organizations | **Trademarks** | **Account** | **Help/Fees** | Briefcase | **Logout**

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 141303500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 29, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118926192 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | GREYSTAR MANAGEMENT, INC. |
| **Address:** | 2 RIVERWAY STE 850 |
| | Houston, TX 77056 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Robert A Faith | TWO RIVERWAY, SUITE 850 Houston, TX 77056 USA | |

[ Order ]    [ Return to Search ]

Instructions:
➧ To place an order for additional information about a filing press the 'Order' button.



**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 141303500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 29, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118926192 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | GREYSTAR MANAGEMENT, INC. |
| **Address:** | 2 RIVERWAY STE 850 |
| | Houston, TX 77056 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 6748133 | Articles Of Incorporation | August 29, 1996 | August 29, 1996 | No | 6 |
| ☑ | 6748134 | Tax Forfeiture | August 25, 1998 | August 25, 1998 | No | 1 |

[ Order ]   [ Return to Search ]

Instructions:
➔ To place an order for additional information about a filing press the 'Order' button.





UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 8917610 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | May 28, 1996 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:**      JMI/GREYSTAR REALTY PARTNERS, L.P.

**Address:**     11 State Street
Charleston, SC 29401 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 3222232 | Certificate Of Limited Partnership | May 28, 1996 | May 28, 1996 | No | N/A |
| N/A | 3222233 | ALP(GP+) | March 1, 2000 | March 1, 2000 | No | N/A |
|  | 3222234 | FORF | August 9, 2000 | August 9, 2000 | No | 1 |
| N/A | 3222235 | RPTD(AM) | August 17, 2000 | August 17, 2000 | No | N/A |
|  | 489170002 | Periodic Report | August 2, 2001 | August 2, 2001 | No | 1 |
|  | 135056150001 | Report Notice | July 5, 2006 | July 5, 2006 | No | 1 |
|  | 137145470002 | Change of Registered Agent/Office | July 19, 2006 | July 19, 2006 | No | 2 |
|  | 137352100002 | Periodic Report | July 20, 2006 | July 20, 2006 | No | 2 |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.





UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7475511 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

| | |
|---|---|
| **Name:** | GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P. |
| **Address:** | NONE |
| | None, YY YYY |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| June 3, 1994 | GREYSTAR HOLDINGS, INC. | General Partner | 3411 RICHMOND AVE., STE. 350 Houston, TX 77046 USA |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Case 5:06-cv-00738-XR   Document 7-1   Filed 10/03/06   Page 22 of 29

  

**Texas Secretary of State**
**Roger Williams**

**SOSD**irect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7475511 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

| | |
|---|---|
| **Name:** | GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P. |
| **Address:** | NONE |
| | None, YY YYY |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 3107782 | Registration Of Limited Partnership | June 3, 1994 | June 3, 1994 | No | 2 |
| ☑ | 3107781 | Certificate of Assumed Business Name | June 6, 1994 | June 6, 1994 | No | 2 |
| ☑ | 3107783 | Amended Registration of Limited Partnership | March 11, 1999 | March 11, 1999 | No | 1 |
| ☑ | 3107784 | Amended Registration of Limited Partnership | March 1, 2000 | March 1, 2000 | No | 1 |
| ☑ | 137144740002 | Change of Registered Agent/Office | July 19, 2006 | July 19, 2006 | No | 2 |
| ☑ | 139072080001 | Report Notice | August 8, 2006 | August 8, 2006 | No | 1 |
| ☑ | 143348050001 | Notice of Forfeited Rights for non-filing of Periodic Report | September 8, 2006 | September 8, 2006 | No | 1 |

[ Order ]    [ Return to Search ]

Instructions:
➧ To place an order for additional information about a filing press the 'Order' button.

Case 5:06-cv-00738-XR   Document 7-1   Filed 10/03/06   Page 23 of 29

# Texas Secretary of State
## Roger Williams

 SOSDirect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7475511 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

| | |
|---|---|
| **Name:** | GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P. |
| **Address:** | NONE |
| | None, YY YYY |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| GREYSTAR REALTY SERVICES | June 6, 1994 | June 6, 2004 | June 6, 2004 | Expired | HARRIS, |

[ Order ]   [ Return to Search ]

Instructions:
➥ To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State**
**Roger Williams**

**SOSD**irect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7475511 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

**Name:** GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P.

**Address:** NONE
None, YY YYY

**Fictitious Name:** N/A

**Jurisdiction:** DE, USA

**Foreign Formation Date:**

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 3107782 | Registration Of Limited Partnership | June 3, 1994 | June 3, 1994 | No | 2 |
| ☑ | 3107781 | Certificate of Assumed Business Name | June 6, 1994 | June 6, 1994 | No | 2 |
| ☑ | 3107783 | Amended Registration of Limited Partnership | March 11, 1999 | March 11, 1999 | No | 1 |
| ☑ | 3107784 | Amended Registration of Limited Partnership | March 1, 2000 | March 1, 2000 | No | 1 |
| ☑ | 137144740002 | Change of Registered Agent/Office | July 19, 2006 | July 19, 2006 | No | 2 |
| ☑ | 139072080001 | Report Notice | August 8, 2006 | August 8, 2006 | No | 1 |
| ☑ | 143348050001 | Notice of Forfeited Rights for non-filing of Periodic Report | September 8, 2006 | September 8, 2006 | No | 1 |

[ Order ]  [ Return to Search ]

Instructions:
➔ To place an order for additional information about a filing press the 'Order' button.

Case 5:06-cv-00738-XR    Document 7-1    Filed 10/03/06    Page 25 of 29



★ WINDOW ON STATE GOVERNMENT | CAROLE KEETON STRAYHORN  TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | Search

## Texas Taxes

### Tax Publications

# Informant's Recovery Program
## April 2000

If you have any questions about this program, or information to provide, please call Audit Division Headquarters toll free at 1-800-531-5441, ext. 3-3900. In Austin call 512/463-3900.

The mailing address is: Informant's Recovery Program; Comptroller of Public Accounts; Audit Division Headquarters; 111 E. 17th Street; Austin, Texas 78774.

The Texas Legislature authorized the Texas Comptroller of Public Accounts to contract for information about state money or property the state may be legally entitled to recover.

You may contract with the State Comptroller if you are not a state or federal employee and if you derived the information independently of the state or federal government or its employees.

## Contract
If the State Comptroller enters into a contract with you to provide information, the contract must be signed by both you and the Comptroller, and it must be executed in Austin, Texas. You must use your full legal name and give your social security number. The contract must be executed in advance of any audit or investigation by the Comptroller.

## Confidentiality
Your identity will be kept in the strictest confidence allowed under Texas law. The Comptroller also is prohibited from disclosing any confidential information to you.

## How the Program Works
If you have information to provide, you must contact Audit Division Headquarters. After

this initial contact, you may be asked to come to Austin to provide your detailed information and to sign a contract. If the contract is approved, the account will be investigated, and the results evaluated. Payment will then be made in proportion to the value of the information you furnished.

# Information You Must Provide

You must provide details including, but not limited to:

- the taxpayer's name and address;
- the accounting issues and specific accounts involved;
- when and how the information was obtained;
- any records that were hidden, not produced, substituted, and/or misrepresented during an audit or when tax returns were filed; and
- documentation to support your claim.

# Amount of Payment

The statute limits the total payment to 5 percent of the state revenue recovered. Payments will not be made on recovery amounts of less than $2000.

Payments may not be paid until the recovery of the state funds on which the applicant's payment is contingent are complete and uncontested.

### Need More Assistance?

| **Email us at** | **Call us** toll free. | **Visit one of our** local field |
|---|---|---|
| tax.help@cpa.state.tx.us. | | offices. |

96-266
(04/2000)

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT                    CAROLE KEETON STRAYHORN   Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see **Publication 98-336d,** Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **GREYSTAR HOLDINGS INC**<br>2929 ALLEN PKWY STE 2525<br>HOUSTON, TX 77019-2197 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | C T CORPORATION SYSTEM<br>1021 MAIN STREET SUITE 1150<br>HOUSTON, TX 77002 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | DE |
| File Number: | 0015913480 |
| Charter/COA Date: | Unchartered |
| Charter/COA Type: | Unchartered |
| Taxpayer Number: | 13638903792 |

Carole Keeton Strayhorn
**Texas Comptroller of Public Accounts**

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT          CAROLE KEETON STRAYHORN   Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **GREYSTAR MANAGEMENT INC** <br> 3411 RICHMOND AVE <br> HOUSTON, TX 77046-3412 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | ROBERT A FAITH <br> TWO RIVERWAY, SUITE 850 <br> HOUSTON, TX 77056 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0141303500 |
| Charter/COA Date: | August 29, 1996 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 30118926192 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT                    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **GREYSTAR KINGSBROOK APARTMENTS INC**<br>3411 RICHMOND AVE STE 350<br>HOUSTON, TX 77046-3415 |
| Status: | **NO STANDING, FRANCHISE RESPONSIBILITY ENDED** |
| Registered Agent: | GREYSTAR HOLDINGS, INC.<br>3411 RICHMOND AVE, STE 350<br>HOUSTON, TX 77046 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0140578000 |
| Charter/COA Date: | June 28, 1996 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 30118826608 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy