

# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware :                    :Q:                    Citizen Services | Business Services | \

---

**Department of State: Division of Corporations**

---

| | |
|---|---|
| **HOME**<br>About Agency<br>Secretary's Letter<br>Newsroom<br>Frequent Questions<br>Related Links<br>Contact Us<br>Office Location<br><br>**SERVICES**<br>Pay Taxes<br>File UCC's<br>Delaware Laws Online<br>Name Reservation<br>General Information<br>Status<br>Validate Certificate<br><br>**INFORMATION**<br>Corporate Forms<br>Corporate Fees<br>UCC Forms and Fees<br>UCC Searches<br>Taxes<br>Expedited Services<br>Service of Process<br>Registered Agents<br>Get Corporate Status<br>Submitting a Request | Frequently Asked Questions   Logout<br><br>## General Information Name Search<br><br>41 Matches found<br><br>* Required Field<br><br>* Entity Name:   **GREYSTAR**          or File Number:<br><br>This field is not case sensitive.<br><br>[ Search ] |

| FILE NUMBER | ENTITY NAME |
|---|---|
| 3273445 | GREYSTAR ADVISERS, LLC |
| 4002256 | GREYSTAR/AIMBRIDGE, LLC |
| 3916471 | GREYSTAR ASSOCIATES IV, LLC |
| 3381513 | GREYSTAR ATLANTIC, LLC |
| 2338865 | GREYSTAR CAPITAL PARTNERS, L.P. |
| 3916472 | GREYSTAR COINVESTMENT II, LLC |
| 3370367 | GREYSTAR COINVESTMENT, LLC |
| 3397507 | GREYSTAR COLUMBIA CARRIED INTEREST, LLC |
| 3398368 | GREYSTAR COLUMBIA PARTNERS, LLC |
| 3440415 | GREYSTAR CONSTRUCTION COMPANY, LLC |
| 3397866 | GREYSTAR CONSTRUCTION WEST, LLC |
| 2948496 | GREYSTAR DANIEL ISLAND, L.L.C. |
| 2319563 | GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P. |
| 3968174 | GREYSTAR DEVELOPMENT GROUP, LP |
| 4222287 | GREYSTAR DI INVESTORS, LLC |
| 3823357 | GREYSTAR EIG, LP |
| 3942534 | GREYSTAR EQUITY PARTNERS IV, LLC |
| 3389512 | GREYSTAR FINANCIAL, LLC |
| 2945046 | GREYSTAR GP, L.L.C. |
| 2319359 | GREYSTAR HOLDINGS, INC. |
| 3274557 | GREYSTAR HOMES II, LLC |
| 3179657 | GREYSTAR HOMES, LLC |

| 3531807 | GREYSTAR INVESTMENT GROUP LLC |
| 3135466 | GREYSTAR INVESTMENTS LLC |
| 3789228 | GREYSTAR, LP |
| 2319564 | GREYSTAR MANAGEMENT SERVICES, L.P. |
| 3540431 | GREYSTAR MANHATTAN MANAGEMENT, LLC |
| 3053837 | GREYSTAR MF-CHARLESTON, LLC |
| 3018724 | GREYSTAR MF-MEMPHIS, LLC |
| 3053839 | GREYSTAR MF-NEW ORLEANS, LLC |
| 3232830 | GREYSTAR MID-ATLANTIC, LLC |
| 2925579 | GREYSTAR POPLAR, L.L.C. |
| 3015655 | GREYSTAR PROMOTE, L.L.C. |
| 3428917 | GREYSTAR REAL ESTATE ADVISORS, LLC |
| 3398198 | GREYSTAR REAL ESTATE PARTNERS GP, LLC |
| 3339410 | GREYSTAR REAL ESTATE PARTNERS, LLC |
| 3370366 | GREYSTAR REAL ESTATE PARTNERS WEST, LLC |
| 3030576 | GREYSTAR SP PORTFOLIO, L.L.C. |
| 3384424 | GREYSTAR SUMMIT, LLC |
| 3442705 | GREYSTAR SUMMIT MULTIFAMILY, LLC |
| 3442688 | GREYSTAR SUMMIT OFFICE I, LLC |

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

# Entity Details

| | | | |
|---|---|---|---|
| File Number: | **2319359** | Incorporation Date / Formation Date: | **12/17/1992** (mm/dd/yyyy) |
| Entity Name: | **GREYSTAR HOLDINGS, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |
| Status: | GOOD STANDING | Status Date: | 12/17/1992 |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2005 | | |
| Annual Tax Assessment: | **$ 35.00** | Tax Due: | **$ 0.00** |
| Tax Status: | CURRENT | Total Authorized Shares: | 1,000 |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0133 | Change of Agent | 1 | 05/27/1997 | 10:00 | 05/27/1997 |
| 2 | 0102S | Incorp Delaware Stock Co. | 4 | 12/17/1992 | 09:00 | 12/17/1992 |

Back to Entity Search

To contact a Delaware Online Agent click here.

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | **3399854** | Incorporation Date / Formation Date: | **06/05/2001** (mm/dd/yyyy) |
| Entity Name: | **GREP GENERAL PARTNER, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |
| Status: | GOOD STANDING | Status Date: | 06/05/2001 |

### TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | NO REPORTS ON FILE | | |
| Annual Tax Assessment: | **$ 200.00** | Tax Due: | **$ 0.00** |
| Tax Status: | CURRENT | Total Authorized Shares: | 0 |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

### FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0102Y | Register L.L.C. | 1 | 06/05/2001 | 10:30 | 06/05/2001 |

Back to Entity Search

To contact a Delaware Online Agent click here

Frequently Asked Questions   View Search Results   Summary of Changes   **Logout**

# Entity Details

| | | | |
|---|---|---|---|
| File Number: | **2319564** | Incorporation Date / Formation Date: | **12/18/1992** (mm/dd/yyyy) |
| Entity Name: | **GREYSTAR MANAGEMENT SERVICES, L.P.** | | |
| Entity Kind: | **LIMITED PARTNERSHIP (LP)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |
| Status: | **GOOD STANDING** | Status Date: | 06/01/2002 |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | NO REPORTS ON FILE | | |
| Annual Tax Assessment: | **$ 200.00** | Tax Due: | **$ 0.00** |
| Tax Status: | CURRENT | Total Authorized Shares: | 0 |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** |
| City: | **WILMINGTON** County: **NEW CASTLE** |
| State: | **DE** Postal Code: **19801** |
| Phone: | **(302)658-7581** |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0245 | Restated; Domestic | 1 | 06/21/2001 | 14:30 | 06/21/2001 |
| 2 | 0245 | Restated; Domestic | 1 | 06/03/1994 | 09:00 | 06/03/1994 |
| 3 | 0245 | Restated; Domestic | 1 | 06/07/1993 | 16:01 | 06/07/1993 |
| 4 | 0102L | Register L.P. | 1 | 12/18/1992 | 09:00 | 12/18/1992 |

Back to Entity Search

To contact a Delaware Online Agent click here.



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware :                    Citizen Services | Business Services | \

---

**Department of State: Division of Corporations**

---

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Fees
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results   Logout

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

|  |  |  |  |
|---|---|---|---|
| File Number: | **3398198** | Incorporation Date / Formation Date: | **05/31/2001** (mm/dd/yyyy) |
| Entity Name: | **GREYSTAR REAL ESTATE PARTNERS GP, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| **Name:** | **THE CORPORATION TRUST COMPANY** |
| **Address:** | **CORPORATION TRUST CENTER 1209 ORANGE STREET** |
| **City:** | **WILMINGTON**    County:  **NEW CASTLE** |
| **State:** | **DE**    Postal Code:  **19801** |
| **Phone:** | **(302)658-7581** |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

**Would you like** ○ **Status** ○ **Status,Tax & History Information** [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent **click here**.

---

site map  |  about this site  |  contact us  |  translate  |  delaware.gov



# State of Delaware
## The Official Website for the First State



Visit the Governor  |  General Assembly  |  Courts  |  Other Elected Officials  |  Federal, State & L

State Directory  |  Help  |  Search Delaware :                     |  Citizen Services  |  Business Services  |  \

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results   Logout

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **3339410** | Incorporation Date / Formation Date: | **01/03/2001** (mm/dd/yyyy) |
| Entity Name: | **GREYSTAR REAL ESTATE PARTNERS, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** |
| City: | **WILMINGTON**    County: **NEW CASTLE** |
| State: | **DE**    Postal Code: **19801** |
| Phone: | **(302)658-7581** |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent **click here**.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware :                    Citizen Services | Business Services | V

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results   Logout

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **3370366** | Incorporation Date / Formation Date: | **03/19/2001** **(mm/dd/yyyy)** |
| Entity Name: | **GREYSTAR REAL ESTATE PARTNERS WEST, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| **Name:** | **THE CORPORATION TRUST COMPANY** |
| **Address:** | **CORPORATION TRUST CENTER 1209 ORANGE STREET** |
| **City:** | **WILMINGTON**    County:   **NEW CASTLE** |
| **State:** | **DE**    Postal Code:   **19801** |
| **Phone:** | **(302)658-7581** |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information   [Submit]

[ Back to Entity Search ]

To contact a Delaware Online Agent **click here**.

site map | about this site | contact us | translate | delaware.gov



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware :              Citizen Services | Business Services | V

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results   Logout

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | |
|---|---|---|
| File Number: | **2319563** | Incorporation Date / Formation Date: **12/18/1992** (mm/dd/yyyy) |
| Entity Name: | **GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P.** | |
| Entity Kind: | **LIMITED PARTNERSHIP (LP)** | Entity Type: **GENERAL** |
| Residency: | **DOMESTIC** | State: **DE** |

**REGISTERED AGENT INFORMATION**

| | | |
|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | |
| City: | **WILMINGTON** | County: **NEW CASTLE** |
| State: | **DE** | Postal Code: **19801** |
| Phone: | **(302)658-7581** | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00

Would you like ○ Status  ○ Status,Tax & History Information  [ Submit ]

[ **Back to Entity Search** ]

To contact a Delaware Online Agent **click here.**

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

 

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 3713006 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | February 13, 1975 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 15812761680 | **FEIN:** | |

| | |
|---|---|
| **Name:** | CHOICEPOINT SERVICES INC. |
| **Address:** | 1000 ALDERMAN DRIVE<br>Alpharetta, GA 30005 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | GA, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| Prentice Hall | 800 BRAZOS<br>Austin, TX 78701 USA | |

[ Order ]    [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State**
**Roger Williams**

**SOSDirect**

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 3713006 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | February 13, 1975 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 15812761680 | **FEIN:** | |
| **Name:** | CHOICEPOINT SERVICES INC. | | |
| **Address:** | 1000 ALDERMAN DRIVE Alpharetta, GA 30005 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | GA, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Entity Type | Document Description | Filing Date | Entity Filing Number | Jurisdiction | Capacity |
|---|---|---|---|---|---|---|
| TYLER-MCLENNON, INC. | Domestic For-Profit Corporation | | | 105499200 | | Non-Survivor |

[ Order ]   [ Return to Search ]

Instructions:
❧ To place an order for additional information about a filing press the 'Order' button.





UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 3713006 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | February 13, 1975 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 15812761680 | **FEIN:** | |

| | |
|---|---|
| **Name:** | CHOICEPOINT SERVICES INC. |
| **Address:** | 1000 ALDERMAN DRIVE<br>Alpharetta, GA 30005 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | GA, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| ATWELL, VOGEL & STERLING | August 28, 1981 | August 28, 1991 | August 28, 1991 | Expired | All Counties |
| TYLER-MCLENNON | March 23, 1999 | March 23, 2009 | | Active | TRAVIS, |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

 

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 3713006 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | February 13, 1975 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 15812761680 | **FEIN:** | |

**Name:**            CHOICEPOINT SERVICES INC.

**Address:**         1000 ALDERMAN DRIVE
                     Alpharetta, GA 30005 USA

**Fictitious Name:**  N/A

**Jurisdiction:**     GA, USA

**Foreign Formation Date:**  N/A

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| April 27, 2006 | CHOICEPOINT CAPITAL INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], DE USA |
| April 27, 2006 | CHOICEPOINT BUSINESS AND GOVT | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | CHOICEPOINT HEALTH SYSTEMS INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | DEREK V SMITH | PRESIDENT | [ADDRESS NOT PROVIDED] |
| April 27, 2006 | DAVID T LEE | VICE PRESIDENT | [ADDRESS NOT PROVIDED] |
| April 27, 2006 | DAVID TRINE | TREASURER | [ADDRESS NOT PROVIDED] |
| April 27, 2006 | CPPM INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | BTI LP | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | CITI NETWORK INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], FL USA |
| April 27, 2006 | CHOICEPOINT | DIRECTOR | [ADDRESS NOT PROVIDED] |

Case 5:06-cv-00738-XR   Document 7-2   Filed 10/03/06   Page 15 of 28

| | | | |
|---|---|---|---|
| | POLICE RECORDS INC | | [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | CHOICEPOINT FINANCIAL INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], DE USA |
| April 27, 2006 | DOUGLAS C CURLING | COO | [ADDRESS NOT PROVIDED] |
| April 27, 2006 | J MICHAEL DE JANES | GENERAL COUNSEL | [ADDRESS NOT PROVIDED] |
| April 27, 2006 | EQUISEARCH SERVICES INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | STEVEN W SURBAUGH | CFO | [ADDRESS NOT PROVIDED] |
| April 27, 2006 | DAVID W DAVIS | SECRETARY | [ADDRESS NOT PROVIDED] |
| April 27, 2006 | INSURQUOTE INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], UT USA |
| April 27, 2006 | EQUISEARCH SECURITIES INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | IMAP DATA INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], DE USA |
| April 27, 2006 | NATIONAL CREDIT AUDIT CORPORAT | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], IL USA |
| April 27, 2006 | THE LIST SOURCE INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], TX USA |
| April 27, 2006 | MPX MANAGEMENT SERVICES INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], NE USA |
| April 27, 2006 | SUPERIOR INFORMATION SERVICES | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | THE TEMPLAR CORPORATION | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], VA USA |
| April 27, 2006 | PATLEX CORPORATION | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], PA USA |
| April 27, 2006 | RESIDENT DATA INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], DE USA |
| April 27, 2006 | THE BODE TECHNOLOGY | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], VA |

| | GROUP INC | | USA |
|---|---|---|---|
| April 27, 2006 | PRIORITY DATA SERVICES INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], NE USA |
| April 27, 2006 | IDENTICO SYSTMS LLC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], DE USA |
| April 27, 2006 | CHARLES JONES INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | RAPSHEETS ACQUISITION CORPORATI | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], TN USA |
| April 27, 2006 | VITAL CHECK NETWORK OF CANADA | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], DE USA |
| April 27, 2006 | NATIONAL DATA RETRIEVAL | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | MORTGAGE ASSET RESEARCH INSTIT | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], VA USA |
| April 27, 2006 | CHOICEPOINT WORKPLACE SOLUTION | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | C.L.U.E. INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | VITAL CHEK NETWORK INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], TN USA |
| April 27, 2006 | ISURITY INC | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], GA USA |
| April 27, 2006 | NATIONAL SAFETY ALLIANCE | DIRECTOR | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], TN USA |

Order    Return to Search

Instructions:
➔ To place an order for additional information about a filing press the 'Order' button.

  

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 3713006 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | February 13, 1975 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 15812761680 | **FEIN:** | |

| | |
|---|---|
| **Name:** | CHOICEPOINT SERVICES INC. |
| **Address:** | 1000 ALDERMAN DRIVE<br>Alpharetta, GA 30005 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | GA, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| CHOICEPOINT SERVICES INC. | In use | Legal | | |
| EQUIFAX INC. | Prior | Legal | February 2, 1976 | |
| RETAIL CREDIT COMPANY | Prior | Legal | January 14, 1977 | |
| EQUIFAX SERVICES INC. | Prior | Legal | August 19, 1997 | |

[ Order ]   [ Return to Search ]

Instructions:
  ● To place an order for additional information about a filing press the 'Order' button.





UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 3713006 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | February 13, 1975 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 15812761680 | **FEIN:** | |

| | |
|---|---|
| **Name:** | CHOICEPOINT SERVICES INC. |
| **Address:** | 1000 ALDERMAN DRIVE |
| | Alpharetta, GA 30005 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | GA, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 2782632 | Application for Certificate of Authority | February 13, 1975 | February 13, 1975 | No | N/A |
| N/A | 2782633 | Application For Amended Certificate Of Authority | February 2, 1976 | February 2, 1976 | No | N/A |
| N/A | 2782634 | Application For Amended Certificate Of Authority | January 14, 1977 | January 14, 1977 | No | N/A |
| N/A | 2782635 | Change Of Registered Agent/Office | December 16, 1977 | December 16, 1977 | No | N/A |
| N/A | 2782637 | Change Of Registered Agent/Office | February 23, 1981 | February 23, 1981 | No | N/A |
| N/A | 2782636 | Certificate of Assumed Business Name | August 28, 1981 | August 28, 1981 | No | N/A |
| ☑ | 2782638 | Articles Of Merger | September 21, 1981 | September 21, 1981 | No | 117 |
| N/A | 2782639 | Change Of Registered Agent/Office | March 9, 1982 | March 9, 1982 | No | N/A |
| N/A | 2782631 | Change Of Registered Agent/Office | February 10, 1986 | February 10, 1986 | No | N/A |
| N/A | 2782640 | Change Of Registered Agent/Office | November 28, 1988 | November 28, 1988 | No | N/A |
| N/A | 2782641 | Change Of Registered Agent/Office | July 27, 1990 | July 27, 1990 | No | N/A |

Case 5:06-cv-00738-XR   Document 7-2   Filed 10/03/06   Page 19 of 28

| | | | | | | |
|---|---|---|---|---|---|---|
| N/A | 2782642 | Change Of Registered Agent/Office | May 23, 1991 | May 23, 1991 | No | N/A |
| N/A | 2782643 | Change Of Registered Agent/Office | May 22, 1995 | May 22, 1995 | No | N/A |
| N/A | 2782644 | Change Of Registered Agent/Office | July 14, 1997 | July 14, 1997 | No | N/A |
| N/A | 2782645 | Application For Amended Certificate Of Authority | August 19, 1997 | August 19, 1997 | No | N/A |
| N/A | 7347939 | Public Information Report (PIR) | December 31, 1997 | December 31, 1997 | No | N/A |
| ☑ | 2782646 | Articles Of Merger | December 29, 1998 | December 29, 1998 | No | 6 |
| N/A | 2782647 | Certificate of Assumed Business Name | March 23, 1999 | March 23, 1999 | No | N/A |
| ☑ | 35932090001 | Public Information Report (PIR) | December 31, 2002 | June 17, 2003 | No | 1 |
| ☑ | 56255080001 | Public Information Report (PIR) | December 31, 2003 | March 20, 2004 | No | 2 |
| ☑ | 86568710001 | Public Information Report (PIR) | December 31, 2004 | March 27, 2005 | No | 2 |
| ☑ | 127693280001 | Public Information Report (PIR) | December 31, 2005 | April 27, 2006 | No | 3 |

[ Order ]    [ Return to Search ]

Instructions:
  ❥ To place an order for additional information about a filing press the 'Order' button.



## State of Delaware
The Official Website for the First State



Visit the Governor  |  General Assembly  |  Courts  |  Other Elected Officials  |  Federal, State & L

State Directory  |  Help  |  Search Delaware :                          Citizen Services  |  Business Services  |  \

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   Logout

## General Information Name Search

3 Matches found

* Required Field

* Entity Name:   CHOICEPOINT          or File Number:

This field is not case sensitive.

[ Search ]

| FILE NUMBER | ENTITY NAME |
|---|---|
| 3150848 | CHOICEPOINT ASSET COMPANY |
| 3150847 | CHOICEPOINT CAPITAL CORPORATION |
| 3396451 | CHOICEPOINT CAPITAL INC. |
| 3389215 | CHOICEPOINT FINANCIAL INC. |
| 2253488 | CHOICEPOINT GOVERNMENT SERVICES INC. |
| 3150844 | CHOICEPOINT LICENSING COMPANY |
| 2969212 | CHOICE POINT LLC |
| 1014002 | CHOICEPOINT SERVICES INC. |

site map  |  about this site  |  contact us  |  translate  |  delaware.gov



# State of Delaware
## The Official Website for the First State



Visit the Governor  |  General Assembly  |  Courts  |  Other Elected Officials  |  Federal, State & L

State Directory  |  Help  |  Search Delaware :          Citizen Services  |  Business Services  |  \

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results   Logout

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | |
|---|---|---|
| File Number: | **1014002** | Incorporation Date / Formation Date: **01/28/1975** (mm/dd/yyyy) |
| Entity Name: | **CHOICEPOINT SERVICES INC.** | |
| Entity Kind: | **CORPORATION** | Entity Type: **GENERAL** |
| Residency: | **FOREIGN** | State: **GA** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **THE PRENTICE-HALL CORPORATION SYSTEM, INC.** |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** |
| City: | **WILMINGTON**     County: **NEW CASTLE** |
| State: | **DE**     Postal Code: **19808** |
| Phone: | **(302)636-5400** |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information   [Submit]

[ **Back to Entity Search** ]

To contact a Delaware Online Agent **click here**.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

Case 3:00-cv-00738-XR   Document 7-2   Filed 10/03/06   Page 22 of 28

# Entity Details

| | | | |
|---|---|---|---|
| File Number: | **1014002** | Incorporation Date / Formation Date: | **01/28/1975** (mm/dd/yyyy) |
| Entity Name: | **CHOICEPOINT SERVICES INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **FOREIGN** | State: | **GA** |
| Status: | GOOD STANDING | Status Date: | 12/29/1999 |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2005 | | |
| Annual Tax Assessment: | $ 0.00 | Tax Due: | $ 0.00 |
| Tax Status: | CURRENT | Total Authorized Shares: | 0 |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE PRENTICE-HALL CORPORATION SYSTEM, INC.** | | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5400** | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0372S | Foreign Merger Survivor | 1 | 05/07/2002 | 17:00 | 05/07/2002 |
| 2 | 0372 | Foreign Amendment | 2 | 11/13/1997 | 09:00 | 11/13/1997 |
| | **Former Name:** | EQUIFAX SERVICES INC. | | | | |
| 3 | 0133 | Change of Agent | 1 | 05/22/1995 | 09:00 | 05/22/1995 |
| 4 | 0372S | Foreign Merger Survivor | 1 | 11/16/1988 | 10:00 | 11/16/1988 |
| 5 | 0133 | Change of Agent | 1 | 04/01/1985 | 10:00 | 04/01/1985 |

Case 3:06-cv-00738-XR   Document 7-2   Filed 10/03/06   Page 23 of 28

**Back to Entity Search**

To contact a Delaware Online Agent click here.

 **WINDOW ON STATE GOVERNMENT** | **CAROLE KEETON STRAYHORN** · TEXAS COMPTROLLER OF PUBLIC ACCOUNTS    Search



Texas Taxes

Tax Publications

# Credit Reporting Services
**January 2001**

If you're in the credit reporting business, you should be collecting sales tax. You may give a credit report over the phone, in writing, or by using a computer. Charges for these reports are taxable.

## Collecting Tax

You should collect state sales tax, plus any local (city, county, special purpose district or transit) tax, on the **total** amount you bill for your credit reporting service, including any dues or other fees you may charge.

## Services for Out-of-State Customers

Even if your customer is not based in Texas, tax is due on your credit reporting service if the address of the credit applicant at the time of the request for a report is in Texas, and the person who requested the credit report is located in Texas or is doing business in Texas.

## Materials, Supplies and Equipment

You should pay tax on all materials, supplies and equipment used to perform the service.

## Reselling a Credit Report

At times, you may subcontract with a third party for a credit report. The third party will bill you. You, in turn, will bill your customer. You may give the third party a resale certificate in lieu of paying tax on the service. You will then collect tax from your customer on your total charge.

## Need More Information?

Ask for a copy of Rule 3.343-Credit Reporting Services.

This bulletin provides general guidelines. If you have a question about a specific transaction or activity, give us a call, or write:

> Tax Policy Division
> 111 East 17th Street
> Austin, Texas 78774

## Need More Assistance?

**Email us at**
tax.help@cpa.state.tx.us.

**Call us** toll free.

**Visit one of our** local field
offices.

94-106
(1/01)

---

**Carole Keeton Strayhorn**
**Texas Comptroller of Public Accounts**

Window on State Government
Contact Us
**Privacy and Security Policy**

WINDOW ON STATE GOVERNMENT                    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **CHOICEPOINT SERVICES INC**<br>1000 ALDERMAN DR # 71N<br>ALPHARETTA, GA 30005-4101 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through May 15, 2007** |
| Registered Agent: | PRENTICE HALL<br>800 BRAZOS ST STE 750<br>AUSTIN, TX 787012554 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | GA |
| File Number: | 0003713006 |
| Charter/COA Date: | February 13, 1975 |
| Charter/COA Type: | COA |
| Taxpayer Number: | 15812761680 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT     CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **CHOICEPOINT POLICE RECORDS INC**<br>1000 ALDERMAN DR<br>ALPHARETTA, GA 30005-4101 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through May 3, 2007** |
| Registered Agent: | CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCO 701 BRAZOS SUITE 1050 AUSTIN, TX 78701 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | AZ |
| File Number: | 0800608558 |
| Charter/COA Date: | February 3, 2006 |
| Charter/COA Type: | COA |
| Taxpayer Number: | 18605234600 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT          CAROLE KEETON STRAYHORN   Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **CHOICEPOINT PUBLIC RECORDS INC** <br> 1000 ALDERMAN DR # 71N <br> ALPHARETTA, GA 30005-4101 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through May 15, 2007** |
| Registered Agent: | CORPORATION SERVICE COMPANY <br> 701 BRAZOS STREET, SUITE 1050 <br> AUSTIN, TX 78701 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | GA |
| File Number: | 0013610006 |
| Charter/COA Date: | December 18, 2000 |
| Charter/COA Type: | COA |
| Taxpayer Number: | 15825824988 |

Carole Keeton Strayhorn
**Texas Comptroller of Public Accounts**

Window on State Government
Contact Us
Privacy and Security Policy