FILED
OCT 1 1 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

THOMAS C. RETZLAFF
PLAINTIFF

V.

GREYSTAR HOLDINGS, INC
AND
GREP GENERAL PARTNER,
LLC ROBERT A. FAITH
AND
GREYSTAR REAL ESTATE
PARTNERS, LLC
AND
CHOICEPOINT SERVICES,
INC.
DEFENDANTS,
ET. AL.

CASE NO.
5:06-CV-
00738-XR

MICHAEL L. BUESGENS MOTION TO
SUPPLEMENT INTERVENTION

BUESGENS — PRO SE RESPECTFULLY SUBMITS THIS SUPPLEMENT OF CERTIFICATE OF SERVICE IN CASE NO. A-06-CV-226LY AND EXHIBITS TO THE U.S. DISTRICT COURT SAN ANTONIO DIVISION IN SUPPORT OF HIS MOTION TO INTERVENE IN CASE NO. 5:06-CV-00738-XR

RESPECTFULLY SUBMITTED

*Michael L. Buesgens*

MICHAEL L. BUESGENS
3112 WINDSOR RD.
#A322
AUSTIN, TEXAS 78703

512-339-6005 EXT 7958

MIKEBUESGENS@HOTMAIL.COM

2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TEXAS
AUSTIN DIVISION

MICHAEL L. BUESGENS
PLAINTIFF

V.

FALCON APARTMENTS OF
AUSTIN I, INC
AND
GREP GENERAL PARTNER,
LLC
AND
GREYSTAR MANAGEMENT SERVICES,
LP
AND
AUSTIN APARTMENT ASSOCIATION
DEBI WEHMEIER
DEFENDANTS
ET. AL.

CASE NO.
A-06-CV-226
(LY)

CERTIFICATE OF SERVICE
NOTICE

I. PLAINTIFF BUESGENS CERTIFICATE OF SERVICE BY TEXAS SECRETARY OF STATE FOR

1. GREP GENERAL PARTNER, LLC
ROBERT A. FAITH, PRESIDENT
11 STATE STREET
CHARLESTON, SC 29401

2. DELAWARE SOS FILE NO: 3399854
3. FEIN: 04361398

4. TEXAS SOS FILE NO: 800169605

5. GREP GENERAL PARTNER, LLC
IS
6. GREYSTAR HOLDINGS, INC
AND
7. PARENT CORPORATION
FOR
8. GREYSTAR MANAGEMENT SERVICES, L.P.
9. DEBI WEHMEIER, REGIONAL VICE-PRESIDENT

2

10. DUNHAM JEWETT
AND
11. SHELLEY BUSH MARMON
AND
12. CRADY JEWETT & McCULLEY, LLP
AND
13. DAVID ARMBRUST
AND
14. FRANK BROWN
AND
15. GREGORY S. CAGLE
AND
16. CHARLES E. BROWN
AND
17. ARMBRUST & BROWN, LLP

18. LETTER DATED

JULY 3, 2006

MY CLIENT APPRECIATES LETTER

SEE NEXT

3.