# CRADY, JEWETT & McCULLEY, L.L.P.

LAWYERS
2727 ALLEN PARKWAY
SUITE 1700
HOUSTON, TEXAS 77019-2125
(713) 739-7007
FAX (713) 739-8403
www.cjmlaw.com

SHELLEY B. MARMON
PARTNER
E-mail: samarmon@cjmlaw.com

July 3, 2006

**Via Regular U.S. Mail & Via Certified Mail,**
**RRR # 7160 3901 9849 4243 9306**
Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, Texas 78745

Re:   Greystar Management Services, L.P.

Dear Mr. Buesgens:

In supplement to prior production of documents, enclosed please find the Amendment to the Application for Registration of a Foreign Limited Partnership, filed by Greystar Management Services, L.P. The new general partner for this company is GREP General Partner, LLC. My client appreciates the fact that you have called to their attention that the filings regarding the change in general partner had not been updated in Texas. That has now been cured as demonstrated by the enclosed filing.

Very truly yours,

Shelley Bush Marmon

Enclosure

::ODMA\PCDOCS\CJM\80361\1

4

RESPECTFULLY SUBMITTED,

Michael Buesgens
MICHAEL L. BUESGENS
PRO SE
OCTOBER 7, 2006

## II CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS PLAINTIFFS NOTICE OF CERTIFICATE OF SERVICE WAS SERVED BY FIRST CLASS MAIL ON THIS 7TH DAY OF OCTOBER, 2006 ADDRESSED TO:

1. TED CRUZ, SOLICITOR GENERAL
STATE OF TEXAS
P.O. BOX 12548
AUSTIN, TEXAS   78711-2548

5

2. CAROLE KEETON STRAYHORN
   TEXAS COMPTROLLER
   P.O. BOX 13528
   AUSTIN, TEXAS   78711-3528

3. ROGER WILLIAMS
   TEXAS SECRETARY OF STATE
   STATE CAPITOL ROOM 1E.8
   1200 CONGRESS AVE
   AUSTIN, TEXAS   78701

4. GREGORY S. CAGLE
   DAVID ARMBRUST
   FRANK BROWN
   CHARLES E. BROWN
   DUNHAM JEWETT
   SHELLEY BUSH MARMON
   CRADY JEWETT & McCULLEY LLP
   ARMBRUST & BROWN, LLP
   100 CONGRESS AVE
   #1300
   AUSTIN, TX   78701

6

5. U.S. DISTRICT COURT
SAN ANTONIO DIVISION

CASE NO: 05-06-CV-00738-XR

RETZLAFF V. GREYSTAR

655 EAST DURANGO BLVD
SAN ANTONIO, TEXAS 78206-1198

6. THOMAS C. RETZLAFF
P.O. BOX 92
SAN ANTONIO, TX 78291-0092

7. ROBERT T. MOWREY
C. DON CLAYTON
LOCKE LIDDELL & SAPP, **LLP**
2200 ROSS AVENUE, SUITE 2200
DALLAS, TEXAS 75201

7

8. R. DAVID FRITSCHE
921 PROTON RD.
SAN ANTONIO, TX 78258


*Michael L Buesgens*
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
3112 WINDSOR RD.
#A 322
AUSTIN, TX 78703

512-339-6005 EXT 7958

MIKEBUESGENS@HOTMAIL.com


9. WILLIAM S. WARREN, III
SANCTIONS
1011 WESTLAKE DRIVE
AUSTIN, TX 78746


8

# II. EXHIBITS

1. CERTIFICATE OF SERVICE TEXAS SECRETARY OF STATE DATED OCTOBER 2, 2006

2. GREYSTAR, ENTITY NAME STATE OF DELAWARE

3. GREP GENERAL PARTNER, LLC ENTITY DETAILS STATE OF DELAWARE

4. GREYSTAR HOLDINGS, INC DELAWARE SOS NO: 2319359

5. GREYSTAR MANAGEMENT SERVICES, L.P. DELAWARE SOS NO: 2319564

6. GREP GENERAL PARTNER, LLC TEXAS SOS NO: 800169605

9

7. GREYSTAR HOLDINGS, **INC**
TEXAS SOS NO: 1003 5406
TEXAS TAX ID: 13638903792

✓ FORFEITED EXISTENCE

C.T. CORPORATION, REGISTERED AGENT

8. GREYSTAR MANAGEMENT SERVICES, L.P.
TEXAS SOS NO: 70555711

✓ FORFEITED RIGHTS

GREP GENERAL PARTNER, **LLC**
GENERAL PARTNER.
**ROBERT A. FAITH**

9. GREYSTAR MANAGEMENT, INC
TEXAS SOS NO: 141303500
TEXAS TAX ID: 30118926192
✓ FORFEITED RIGHTS

10

10. JMI/GREYSTAR REALTY
PARTNERS, L.P.
11 STATE STREET
CHARLESTON SC 29401
ROBERT A. FAITH

TEXAS SOS NO: 8917610

GREYSTAR HOLDINGS, INC
GENERAL PARTNER

✓ TAX FORFEITURE - TEXAS

11. GREYSTAR DEVELOPMENT AND
CONSTRUCITON, L.P.
ROBERT A. FAITH

TEXAS SOS NO: 7475511

✓ FORFEITED RIGHTS

GREYSTAR HOLDINGS, INC
ROBERT A. FAITH - TAX FORFEITURE

11

2. AUDITOR OF ACCOUNTS
   STATE OF DELAWARE
   CONTACT
   FRAUD HOTLINE

12

# The State of Texas



| | | |
|---|---|---|
| Citations Unit<br>P.O. Box 12079<br>Austin, Texas 78711-2079 | | Phone: 512-463-5560<br>Fax: 512-463-6616<br>TTY (800) 735-2989<br>www.sos.state.tx.us |

## Secretary of State

October 2, 2006

Michael L Buesgens
3112 Windsor Road
#A322
Austin, TX 78703

| 2007-126497 |
|---|
| Include reference number in all correspondence |

RE: Michael L Buesgens VS Falcon Apartments of Austin I Inc and Grep General Partner LLC et al
United States District Court Western District of Texas
Cause No: A06CV226LY

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,



Louis S. Villarreal
Citations Unit

Enclosure



# The State of Texas
## Secretary of State

2007-126497-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Action and Complaint in the cause styled:

   Michael L Buesgens VS Falcon Apartments of Austin I Inc and Grep General Partner LLC et al
   United States District Court Western District of Texas
   A06CV226LY

was received by this office on September 21, 2006, and that a copy was forwarded on September 21, 2006, by CERTIFIED MAIL, return receipt requested to:

   Grep General Partner LLC
   Robert A Faith President
   11 State Street
   Charleston, SC 29401

The RETURN RECEIPT was received in this office dated September 25, 2006, bearing the Signature Of Addressee's Agent.



Date issued: October 2, 2006

*Roger Williams*
Roger Williams
Secretary of State
ST\vb




# State of Delaware
## The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware :     Citizen Services | Business Services | \

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   Logout

## General Information Name Search

41 Matches found

* Required Field

* Entity Name:  GREYSTAR          or File Number:

This field is not case sensitive.

[Search]

| FILE NUMBER | ENTITY NAME |
|---|---|
| 3273445 | GREYSTAR ADVISERS, LLC |
| 4002256 | GREYSTAR/AIMBRIDGE, LLC |
| 3916471 | GREYSTAR ASSOCIATES IV, LLC |
| 3381513 | GREYSTAR ATLANTIC, LLC |
| 2338865 | GREYSTAR CAPITAL PARTNERS, L.P. |
| 3916472 | GREYSTAR COINVESTMENT II, LLC |
| 3370367 | GREYSTAR COINVESTMENT, LLC |
| 3397507 | GREYSTAR COLUMBIA CARRIED INTEREST, LLC |
| 3398368 | GREYSTAR COLUMBIA PARTNERS, LLC |
| 3440415 | GREYSTAR CONSTRUCTION COMPANY, LLC |
| 3397866 | GREYSTAR CONSTRUCTION WEST, LLC |
| 2948496 | GREYSTAR DANIEL ISLAND, L.L.C. |
| 2319563 | GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P. |
| 3968174 | GREYSTAR DEVELOPMENT GROUP, LP |
| 4222287 | GREYSTAR DI INVESTORS, LLC |
| 3823357 | GREYSTAR EIG, LP |
| 3942534 | GREYSTAR EQUITY PARTNERS IV, LLC |
| 3389512 | GREYSTAR FINANCIAL, LLC |
| 2945046 | GREYSTAR GP, L.L.C. |
| 2319359 | GREYSTAR HOLDINGS, INC. |
| 3274557 | GREYSTAR HOMES II, LLC |
| 3179657 | GREYSTAR HOMES, LLC |

| | |
|---|---|
| 3531807 | GREYSTAR INVESTMENT GROUP LLC |
| 3135466 | GREYSTAR INVESTMENTS LLC |
| 3789228 | GREYSTAR, LP |
| 2319564 | GREYSTAR MANAGEMENT SERVICES, L.P. |
| 3540431 | GREYSTAR MANHATTAN MANAGEMENT, LLC |
| 3053837 | GREYSTAR MF-CHARLESTON, LLC |
| 3018724 | GREYSTAR MF-MEMPHIS, LLC |
| 3053839 | GREYSTAR MF-NEW ORLEANS, LLC |
| 3232830 | GREYSTAR MID-ATLANTIC, LLC |
| 2925579 | GREYSTAR POPLAR, L.L.C. |
| 3015655 | GREYSTAR PROMOTE, L.L.C. |
| 3428917 | GREYSTAR REAL ESTATE ADVISORS, LLC |
| 3398198 | GREYSTAR REAL ESTATE PARTNERS GP, LLC |
| 3339410 | GREYSTAR REAL ESTATE PARTNERS, LLC |
| 3370366 | GREYSTAR REAL ESTATE PARTNERS WEST, LLC |
| 3030576 | GREYSTAR SP PORTFOLIO, L.L.C. |
| 3384424 | GREYSTAR SUMMIT, LLC |
| 3442705 | GREYSTAR SUMMIT MULTIFAMILY, LLC |
| 3442688 | GREYSTAR SUMMIT OFFICE I, LLC |

site map | about this site | contact us | translate | delaware.gov

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

# Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3399854 | Incorporation Date / Formation Date: | 06/05/2001 (mm/dd/yyyy) |
| Entity Name: | GREP GENERAL PARTNER, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | GOOD STANDING | Status Date: | 06/05/2001 |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | NO REPORTS ON FILE | | |
| Annual Tax Assessment: | $ 200.00 | Tax Due: | $ 0.00 |
| Tax Status: | CURRENT | Total Authorized Shares: | 0 |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0102Y | Register L.L.C. | 1 | 06/05/2001 | 10:30 | 06/05/2001 |

Back to Entity Search

To contact a Delaware Online Agent click here.

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

# Entity Details

| | | | |
|---|---|---|---|
| File Number: | 2319359 | Incorporation Date / Formation Date: | 12/17/1992 (mm/dd/yyyy) |
| Entity Name: | GREYSTAR HOLDINGS, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | GOOD STANDING | Status Date: | 12/17/1992 |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2005 | | |
| Annual Tax Assessment: | $ 35.00 | Tax Due: | $ 0.00 |
| Tax Status: | CURRENT | Total Authorized Shares: | 1,000 |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0133 | Change of Agent | 1 | 05/27/1997 | 10:00 | 05/27/1997 |
| 2 | 0102S | Incorp Delaware Stock Co. | 4 | 12/17/1992 | 09:00 | 12/17/1992 |

[Back to Entity Search]

To contact a Delaware Online Agent click here.

Frequently Asked Questions    View Search Results    Summary of Charges    Logout

# Entity Details

| | | | |
|---|---|---|---|
| File Number: | 2319564 | Incorporation Date / Formation Date: | 12/18/1992 (mm/dd/yyyy) |
| Entity Name: | GREYSTAR MANAGEMENT SERVICES, L.P. | | |
| Entity Kind: | LIMITED PARTNERSHIP (LP) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | GOOD STANDING | Status Date: | 06/01/2002 |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | NO REPORTS ON FILE | | |
| Annual Tax Assessment: | $ 200.00 | Tax Due: | $ 0.00 |
| Tax Status: | CURRENT | Total Authorized Shares: | 0 |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0245 | Restated; Domestic | 1 | 06/21/2001 | 14:30 | 06/21/2001 |
| 2 | 0245 | Restated; Domestic | 1 | 06/03/1994 | 09:00 | 06/03/1994 |
| 3 | 0245 | Restated; Domestic | 1 | 06/07/1993 | 16:01 | 06/07/1993 |
| 4 | 0102L | Register L.P. | 1 | 12/18/1992 | 09:00 | 12/18/1992 |

Back to Entity Search

https://sos-res.state.de.us/tin/controller    10/1/2006



| UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800169605 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 31, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | 043611398 |
| **Name:** | GREP General Partner, LLC | | |
| **Address:** | 11 STATE STREET<br>CHARLESTON, SC 29401 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | June 5, 2001 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| May 26, 2005 | ROBERT A FAITH | | PRESIDENT | 11 STATE STREET CHARLESTON, SC 29401 USA | |
| May 26, 2005 | ROBERT A FAITH | | DIRECTOR | 11 STATE STREET CHARLESTON, SC 29401 USA | |

[Order]  [Return to Search]

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

https://direct.sos.state.tx.us/corp_inquiry/corp_inquiry-entity.asp?spage=mgmt&:Spagefro...    10/1/2006



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800169605 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 31, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | 043611398 |
| **Name:** | GREP General Partner, LLC | | |
| **Address:** | 11 STATE STREET<br>CHARLESTON, SC 29401 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | June 5, 2001 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| CT Corporation System | | 350 North St. Paul Street<br>Dallas, TX 75201 USA | | | |

[Order]  [Return to Search]

---

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

 

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 10035406 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13638903792 | **FEIN:** | |
| **Name:** | GREYSTAR HOLDINGS, INC. | | |
| **Address:** | 3411 RICHMOND AVENUE STE 350 Houston, TX 77046 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| C T Corporation System | 1021 Main Street, Suite 1150 Houston, TX 77002 USA | |

[ Return to Order ]   [ Return to Search ]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.