

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 7055711 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | October 14, 1993 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

| | |
|---|---|
| **Name:** | GREYSTAR MANAGEMENT SERVICES, L.P. |
| **Address:** | NONE |
| | None, YY YYY |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| June 19, 2006 | GREP General Partner, LLC | | General Partner | 11 State Street Charleston, SC 29401 USA | |

[Order]  [Return to Search]

---

Instructions:
● To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State Roger Williams** | **SOSDirect**

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7055711 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | October 14, 1993 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Name:** | GREYSTAR MANAGEMENT SERVICES, L.P. | | |
| **Address:** | NONE<br>None, YY YYY | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Assumed Name** | **Date of Filing** | **Expiration Date** | **Inactive Date** | **Name Status** | **Counties** |
| GREYSTONE MANMAGEMENT SERVICES | June 6, 1994 | June 6, 2004 | June 6, 2004 | Expired | HARRIS, |
| GREYSTAR MULTI-FAMILY SERVICES | April 14, 1997 | April 14, 2007 | | Active | All Counties |

[Order]   [Return to Search]

**Instructions:**
● To place an order for additional information about a filing press the 'Order' button.



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 141303500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 29, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118926192 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | GREYSTAR MANAGEMENT, INC. | | |
| **Address:** | 2 RIVERWAY STE 850<br>Houston, TX 77056 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | **Address** | | | | **Inactive Date** |
| Robert A Faith | TWO RIVERWAY, SUITE 850<br>Houston, TX 77056 USA | | | | |

[Order]  [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 8917610 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | May 28, 1996 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | JMI/GREYSTAR REALTY PARTNERS, L.P. | | |
| **Address:** | 11 State Street<br>Charleston, SC 29401 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| July 20, 2006 | GREYSTAR HOLDINGS, INC. | | General Partner | 11 State St. Charleston, SC 29401 USA | |
| May 28, 1996 | JMI REALTY, INC. | | General Partner | 12680 HIGH BLUFFS DRIVE, STE 200 San Diego, CA 92130 USA | |

[Order]   [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7475511 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Name:** | GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P. | | |
| **Address:** | NONE None, YY YYY | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| June 3, 1994 | GREYSTAR HOLDINGS, INC. | | General Partner | 3411 RICHMOND AVE., STE. 350 Houston, TX 77046 USA | |

[ Order ]   [ Return to Search ]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.



# State of Delaware
### The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search  This Site   Your Search... GO   Citizen Services | Business Services | \

## Online State Telephone Directory

**HOME**
**SERVICES**
**INFORMATION**
Departments, Divisions, Agencies
Boards, Councils, Committees, Commissions
Emergency Numbers
Fax Directory
Toll Free Directory
State Location Codes

**Unless otherwise indicated all phone numbers are for area code '302'.**

### AUDITOR OF ACCOUNTS

Main Office
Office of Auditor of Accounts
401 Federal Street
Townsend Building, Suite 1
Dover, DE 19901
(302) 739-4241

Wilmington Office
Office of Auditor of Accounts
Carvel State Office Building
820 N. French Street - 5th Floor
Wilmington, DE 19801
(302) 577-3870

http://www.state.de.us/auditor/default.shtml

**Executive**

Auditor of Accounts – R. Thomas Wagner, Jr. – 739-5055

Chief Administrative Auditor – R. Ronald Draper – 739-5058
Deputy Auditor – Lori Stoughton – 739-4241 x114 or 577-5263
Executive Secretary – Nicholas Adams – 739-5055
Community Relations Coordinator – Vern Oates - 577-5264

### HOTLINE/FRAUD INFORMATION

1-800-55-FRAUD or 1-800-553-7283

**Office/Contract Administration**

Candace Casto – Administrative Auditor – 739-4241 x110

**Audit**

Catherine Kleponis – Administrative Auditor – 577-5261
Karen Wallace – Administrative Auditor – 739-4241 x101
Stacey Wynne – Field Audit Manager – 739-4241 x119

Last Updated: Tuesday, 11-Jul-06 15:45:15

site map | about this site | contact us | survey | translate | delaware.gov

http://www.state.de.us/gic/phonelist/department/12-02-01/directory.shtml          10/1/2006

MICHAEL L. BUESGENS
3112 WINDSOR RD
#A322
AUSTIN, TX 78703

RECEIVED
OCT 11 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. DIS
SAN AN
CLERKS
655 E M
SAN AN