FILED
NOV 17 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT
# OF TEXAS
# SAN ANTONIO DIVISION

MICHAEL L. BUESGENS
MOVANT

V.

ROBERT A. FAITH,
PRESIDENT
GREP GENERAL PARTNER, LLC
AND
GREYSTAR HOLDINGS, INC
AND
GREYSTAR MANAGEMENT SERVICES, LP
AND
GREYSTAR REAL ESTATE PARTNERS, LLC

CIVIL ACTION
5-2006 CV
00738-XR

15

AND
FAITH FAMILY INTERESTS
AND
JMI GREYSTAR
REALTY PARTNERS, L.P.
AND
EDENCARE HUD GP, INC.
ROBERT A. FAITH, PRESIDENT
AND
EDENCARE GP, INC
AND
EDENCARE MANAGEMENT, INC
AND
CHOICE POINT SERVICES
ET. AL.
DEFENDANTS

CIVIL NO.
1:2006
CV
00738-XR

THIS IS MOVANT MICHAEL
L. BUESGENS - PRO SE.
MOTION FOR CONSOLIDATION
OF
CIVIL ACTIONS 1:2006CV226LY-RP
AND
1:2006CV-00738XR

2

COMES NOW MICHAEL L BUESGENS AND MOVES THIS COURT TO CONSOLIDATE AND COORDINATE THE FOREGOING CIVIL ACTIONS FOR JUST ADJUDICATION.

**BY REFERENCE** SEE ATTACHED FILING BY BUESGENS IN U.S. DISTRICT FOR WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION.  1:2006CV226LY

## BUESGENS COMPLAINT

1. UNLAWFUL REMOVAL OF D-1-GN-06-000262 TO U.S. DISTRICT COURT CASE NO. 1:2006CV226LY

2. UNLAWFUL REMAND OF C-1-CV-06-000678 ON 5/24/2006 CASE NO. 1:2006CV260LY

3

3. UNLAWFUL REMOVAL AND REMAND BY THE FOLLOWING:

A. GREP GENERAL PARTNER, LLC

B. ROBERT A. FAITH, PRESIDENT

C. GREYSTAR MANAGEMENT SERVICES, LP

D. DEBRA WEHMEIER, REGIONAL VICE PRESIDENT

E. FALCON APARTMENTS OF AUSTIN I, INC

F. ARNOLD TAUCH

G. JACK C. MOSS

H. KYLE V. TAUCH

I. CHARLES E. BROWN

J. GREGORY S. CAGLE

K. SHELLEY BUSH MARMON

4

4. THE GREYSTAR FAMILY – SAME CAST OF CHARACTERS AND THE SAME UNETHICAL BEHAVIOR BY ATTORNEYS:

A. HIDE THE IDENTITY AND STANDING AND CAPACITY.

B. DO NOT ALLOW SERVICE OF PROCESS.

C. CONFUSE EVERYONE WITH MULTIPLE ENTITIES AND NAMES.

D. THEN CLAIM NONE OF THE BUSINESS ENTITIES ARE RELATED OR ASSOCIATED.

E. HIJACK THE CASE OUT OF STATE COURT WITH DOUBLE TALK AND MISREPRESENTATION OF AUTHORITY.

5

5. MULTIPLE ATTORNEY LIP SERVICE AND CRAP.

6. PISS ON THE PRO SE EVERY CHANCE YOU GET.

7. HAVE YOUR LIMITED LIABILITY BACK YOU UP BECAUSE YOU CAN'T STAND UP ON YOUR OWN.

8. GAMESMANSHIP.

9. FORGET DISCLOSURE — WHY BOTHER YOU HAVE A DUMB PRO SE OPPONENT.

10. DISCOVERY — WHATS THAT AND WHO NEEDS IT WHEN YOU CAN TALK AND CITE MISLEADING AUTHORITIES.

11. SHE SAID HER NAME WAS LOLA BUT SHE WALKED LIKE A MAN AND TALKED LIKE A WOMAN.

Respectfully submitted,

Michael L Buesgens
MICHAEL L BUESGENS
MOVANT
PRO SE
PRIVATE ATTORNEY GENERAL
NOVEMBER 16, 2006

SEE SERVICE OF PROCESS ON PAGE 41 OF ATTACHMENT

U.S. DISTRICT COURT, SAN ANTONIO DIVISION