IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THOMAS RETZLAFF, | § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 5-06-cv-00738-XR |
| BRENT WILSON, CHOICEPOINT SERVICES, INC., ROBERTH FAITH, STACEY HUNT, JOHN and/or JANE DOE, and GREYSTAR REAL ESTATE PARTNERS, LLC, | § § § § § § § | |
| Defendants. | | |

### DEFENDANT CHOICEPOINT SERVICES, INC.'S
### RESPONSE TO MICHAEL BUESGEN'S MOTION FOR SANCTIONS

Defendant ChoicePoint Services Inc. ("ChoicePoint") files this Response to Michael Buesgen's Motion for Sanctions, and would respectfully show the Court as follows:

Michael Buesgen, appearing *pro se*, filed his Petition for Intervention on October 3, 2006. Mr. Buesgen appears to lack standing to intervene in this matter, although the Court has not yet ruled upon his Petition for Intervention. Mr. Buesgen has now filed a Motion for Sanctions Against Defendants and Attorneys and Law Firms (hereinafter referred to as the "Motion").

In addition to the fact that he has not been permitted to appear in this action, the Motion should be denied on the ground that it is incomprehensible. It is indeterminable whether the Motion is requesting sanctions against ChoicePoint or ChoicePoint's counsel. Further, it is indeterminable what alleged sanctionable conduct was committed by ChoicePoint and/or ChoicePoint's counsel.

ChoicePoint respectfully requests that the Motion be denied and such other relief to which it may justly be entitled.

Respectfully submitted,

**Robert T. Mowrey**
State Bar No. 14607500
**C. Don Clayton**
State Bar No. 24027932
**Jason R. Marlin**
State Bar No. 24050989

**LOCKE LIDDELL & SAPP LLP**
2200 Ross Avenue
Suite 2200
Dallas, TX 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopy)

**ATTORNEYS FOR DEFENDANTS BRENT WILSON AND CHOICEPOINT SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Disclosure Statement was served on this the 4th day of December, 2006 on the following counsel of record, via certified mail, return receipt requested:

      Thomas C. Retzlaff
      P. O. Box 92
      San Antonio, TX 78291-0092
      (210) 317-9800 (Telephone)
      (210) 877-6034 (Telecopy)
      Attorney for Plaintiff

      David Fritsche
      921 Proton
      San Antonio, Texas 78258
      (210) 227-2726 (Telephone)
      (210) 227-5500 (Telecopy)
      Attorney for Greystar Real Estate, Inc.

                                                         _____
                                                         Jason R. Marlin